AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Michael Leon Brock

)
) Case: 1:21–mj–00527
) Assigned To : Meriweather, Robin M.
) Assign. Date : 7/14/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Michael Leon Brock                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) and (b) (Felony) - Assaulting, Resisting, or Impeding Certain Officers;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:   07/14/2021                                         */s/ Robin M. Meriweather*
                                                          Issuing officer's signature

City and state:      Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
                                                          *Printed name and title*

---

### Return

This warrant was received on (date) 7/14/2021 , and the person was arrested on (date) 7/20/2021
at (city and state) Southaven, MS .

Date: 7/20/2021                                 *[signature]*
                                                          Arresting officer's signature

                                                SA Brian D. Ottens
                                                          *Printed name and title*